**Moustafa El Sayed HARIDY, Petitioner,**

**v.**

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 10–72497.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 9, 2012.\*

Filed Oct. 15, 2012.

Valerie J. Curtis–Diop, Katherine Lesley Curtis, Adila Law Group, Los Angeles, CA, for Petitioner.

Jennifer L. Lightbody, Esquire, Nicole Thomas–Dorris, U.S. Department of Justice, Washington, DC, for Respondent.

Before: RAWLINSON, MURGUIA, and WATFORD, Circuit Judges.

MEMORANDUM \*\*

Moustafa El Sayed Haridy, a native of Saudi Arabia and citizen of Egypt, petitions for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen proceedings based on ineffective assistance of counsel. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen, and review de novo due process claims. *Mohammed v. Gonzales,* 400 F.3d 785, 791–92 (9th Cir.2005). We deny the petition for review.

The BIA did not abuse its discretion in denying Haridy's motion to reopen because he failed to show that he was prejudiced by his former counsel's conduct. *See id.* at 793–94 (prejudice results when "the performance of counsel was so inadequate that it may have affected the outcome of the proceedings" (internal quotation marks omitted)).

**PETITION FOR REVIEW DENIED.**

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.